UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONSO J. BERRIOS,<br>             Petitioner,<br>    v.<br>JOHN MARSHALL,<br>             Respondent. | Case No. CV 09-3778 JFW(JC)<br>(PROPOSED) JUDGMENT |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: December 18, 2009

*/s/ John F. Walter*

HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE